# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARELIOUS REED**

**1515 FORT STREET UNIT 96**

**LINCOLN PARK, MI 48146**

**PLAINTIFF,**

**V.**

Case: 3:21-cv-12146
Judge: Cleland, Robert H.
MJ: Patti, Anthony P.
Filed: 09-14-2021 At 04:09 PM
CMP REED V. WELLS FARGO BANK N.A. ET AL (DA)

**WELLS FARGO BANK, N.A.**

**FIVE CITY CENTER 740 W. HAMILTON ST.**

**ALLENTOWN, PA, 18101**

**DEFENDANT.**

**CAUSE OF ACTION:** Herrera, et al. v. Wells Fargo Bank, N.A., Case No. 8:18-cv-00332-JVS-MRW, PLAINTIFF ARELIOUS R. REED OPTION OUT; 15 U.S.C. SECTION 1601 CONGRESSIONAL FINDINGS AND DECLARATION OF PURPOSE; 15 U.S.C. SECTION 1605 DETERMINATION OF FINANCE CHARGE; 15 U.S.C. SECTION 1635 (F) RIGHT OF RESCISSION AS TO CERTAIN TRANSACTIONS;   41 U.S.C. SECTION 6503 BREACH OR VIOLATION OF REQUIRED CONTRACT TERMS;   41 U.S.C. SECTION 6504 THREE-YEAR PROHIBITION ON NEW CONTRACTS IN CASE OF BREACH OR VIOLATION;   MCL 492.102 MOTOR VEHICLE SALES FINANCE ACT (EXCERPT);   MCL 600.1352; TRIAL BY JURY OF 6 IN CIVIL CASES; VERDIRT AND/OR DEMANDS A TRIAL BY JURY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE UNDER TITLE VI TRIALS RULE 38.

## VERIFIED COMPLAINT

1. Plaintiff ARELIOUS R. REED, is an individual, and do business with the resident at 1515 Fort Street Unit 96 Lincoln Park, MI 48146 resides in the County of Wayne Michigan.

2. The Defendant WELLS FARGO BANK, N.A., is a Corporation residing at Five City Center 740 W. Hamilton St. Allentown, PA, 18101 and which does business in the City of Allentown, PA and throughout the United States of America.

On or about January 28, 2019 Plaintiff ARELIOUS R. REED finance A 2015 Cadillac Escalade using an online dealership at Doral Lincoln located in Doral, FL that use the Defendant WELLS FARGO BANK, N.A., to finance Plaintiff, Retail Installment Sale Contract with a three (3) year term loan to pay off the loan, which is (36) month's of payments with a GAP contract to Seller assigns to Defendant WELLS FARGO BANK, N.A.,. However, Plaintiff ARELIOUS R. REED, 2015 Cadillac Escalade was paid off in full on or about September 13, 2019, and did not receive any type of GAP contract payments refunds, from the Defendant WELLS FARGO BANK, N.A., for paying off the Retail Installment Sale Contract loan early. Furthermore, Plaintiff, ARELIOUS R. REED received in the United States Postal Office, by mail a **NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION** as Follow; **Herrera et al. v. Wells Fargo Bank, N.A. et al Case No. 8:18-cv-00332-JVS-MRW Claim Number is DBN4GAZ3RL**, on or about August 25, 2021, Plaintiff, ARELIOUS R. REED decided to excluded myself from the settlement, (option out) the Class Action settlement, by writing a letter to Herrera v. Wells Fargo c/o JND Legal Administrator P.O. Box 91338 Seattle, WA 98111 on or before October 06, 2021, nevertheless the Court has scheduled a Final Approval Hearing for November 15, 2021, at 1:30 PM to approve a "Settlement Fund" totaling $45,000,000.00 to pay; in Courtroom 10C of the United States District Court, Central District of California, Southern Division, located at the Santa Ana Courthouse-411 West Fourth Street, Santa Ana, CA 92701. all exhibits will be presented to the Court upon further discovery process (1. Proof of Service Excluded myself from the Settlement by Certified Mail Receipt, 2. Proof of NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, Herrera et al. v. Wells Fargo Bank, N.A. et al Case No. 8:18-cv-

00332-JVS-MRW, 3. Proof of Retail Installment Sale Contract "GAP Contract", 4. Proof of Plaintiff's Credit Report and 5. Proof of Paid in Full Receipts).

**Wherefore:**

For the reasons set forth above, Plaintiff ARELIOUS R. REED, is suing for $45,000,000.00 but only seeking relief sought against the Defendant WELLS FARGO BANK, N.A. not to exceed $1,000,000.00 or $1,000,000.00 whichever is greater furthermore, Plaintiff ARELIOUS R. REED, demands a trial by Jury of six (6), pursuant to **MCL 600.1352** and/or demands a trial by Jury pursuant to **Federal Rules of Civil Procedure under Title VI Trials Rule 38**.

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ARELIOUS R. REED

## DEFENDANTS

WELLS FARGO BANK N.A.

**(b)** County of Residence of First Listed Plaintiff   *Wayne*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se   1515 Fort Street.
Unit 96 Lincoln Park, MI 48146

Attorneys

Case: 3:21-cv-12146
Judge: Cleland, Robert H.
MJ: Patti, Anthony P.
Filed: 09-14-2021 At 04:09 PM
CMP REED V. WELLS FARGO BANK N.A. ET AL (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP *(For Diversity C...)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:   15 U.S.C. Sec. 1601
15 U.S.C. Sec. 1605, 15 U.S.C. Sec. 1635(F), 41 USC Sec. 6503

Brief description of cause:   GAP Contract Plaintiff Option Out Class Action

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 45,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER 8:18-cv-00332-JVS-MRW

DATE   9/14/2021

SIGNATURE OF ATTORNEY OF RECORD   A. Reed

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :