UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



ARELIOUS REED

    PLAINTIFF,            CASE NO. 2:21- cv- 07545-JVS-MRW

V.                      HONORABLE JUDGE: James V. Selna
                        MAGISTRATE JUDGE: Michael R. Wilner

WELLS FARGO BANK N.A.

    DEFENDANT.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Arelious Reed, by and through plaintiff, to move this Honorable Court for his Memorandum of Points and Authorities In Support of Plaintiff Motion for Default Judgment, pursuant to **Federal Rules of Civil Procedure Rule 55(a)**. Plaintiff, Arelious Reed submits the following memorandum of points and authorities in support of his motion for default judgment:

*A. Reed*

## Table of Contents

TABLE OF CONTENTS............................................................................................i

TABLE OF AUTHORITIES..................................................................................ii,iii

MEMORANDUM OF POINTS AND AUTHORITIES ..........................................1

STATEMENT OF FACTS........................................................................................2

ARGUMENT.............................................................................................................2

CONCLUSION AND RELIEF REQUESTED........................................................3

EXHIBIT:1 PROOF OF SERVICE FOR SUMMONS AND COMPLAINT

## Table of Authorities

**Cases**

Charles E. Taintor Petitioner v. John J. Jones for Respondent. (Superior Court 1949), 95 Cal.App.2d 346, 213 P.2d 42.................................................................................................2

Butler v. Experian Info. Solutions United States District Court for the E.D. Pennsylvania (E.D. Pa. Sep. 7, 2016)...................................................................................................................2

HSBC Bank Nevada, N.A., Plaintiff and Appellant, v. Lizet G. Aguilar, Defendant and Respondent. 205 Cal.App.4th Supp. 6 (Cal. Super. 2012)........................................................3

Renee Croft v. Ald, LLC, Et Al United States District Court E.D. Michigan, Southern Division (E.D. Mich. Jan. 23, 2017).................................................................................................2

## Statues

Federal Rules Of Civil Procedure Rule 4..................................................................................1

Federal Rules Of Civil Procedure Rule 55..............................................................................1,2

Local Rule 6.1............................................................................................................................1

MCL 492.102...............................................................................................................................2

15 U.S.C. Sec. 1601....................................................................................................................2

15 U.S.C. Sec. 1605....................................................................................................................2

15 U.S.C. Sec. 1635(F)................................................................................................................2

41 U.S.C. Sec. 6503....................................................................................................................2

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 14, 2021, the Plaintiff, Arelious Reed filed his verified complaint in the United States District Court Eastern District of Michigan Southern Division with his Application to Proceed without prepaying fees or costs that was enter on September 15, 2021 and was assigned a **Case No. 3:21-cv-12146**. On or about September 16, 2021, Order of Disqualification and Reassigning Case from District Hon. Judge Robert H. Cleland in Port Huron to District Hon. Judge Stephen J. Murphy, III in Detroit, MI. On or about September 17, 2021, Order of Disqualification and Reassigning Case from Magistrate Hon. Judge Anthony P. Patti to Magistrate Hon. Judge Curtis Ivy, Jr. On or about September 21, 2021, Order Transferring Case to the Central District of California signed by the Hon. District Judge Stephen J. Murphy, III. On or about September 24, 2021, this case was assigned to Hon. District Judge Virginia A. Phillips and Hon. Magistrate Judge Karen E. Scott with **Case No. 2:21-cv-07545-VAP-KES**. On or about September 27, 2021, Hon. District Judge Virginia A. Phillips issue out A **"Standing Order"** to the Plaintiff Arelious Reed. On or about October 06, 2021, Hon. Magistrate Judge Michael R. Wilner, directs Plaintiff to submit a supplemental statement explaining in more detail Plaintiff's income, expenses, assets, and liabilities. Hon. Magistrate Judge Michael R. Wilner also stated "that Plaintiff's supplemental statement will be due by October 27, 2021, after that, the Court will evaluate the IFP request".

On or about October 04, 2021, the Defendant was served with proof of service, summons and complaint and on or about October 27, 2021, Plaintiff filed for his Memorandum of Points and Authorities In Support of Plaintiff Motion for Default Judgment on the Defendant with the United States District Court Central District of California, for failure to comply with **Local Rule 6.1, Federal Rules of Civil Procedure Rule 4**, and **Federal Rules Of Civil Procedure Rule 55**.

1

## STATEMENTS OF FACTS

A default judgment should be issue against the Defendant, Wells Fargo Bank N.A. for failure to response to Plaintiff's verified complaint. Default may be entered against a party that has failed to plead or otherwise defend pursuant to **Federal Rules of Civil Procedure Rule 55(a)**. Defendant, Wells Fargo Bank N.A. failed to assert any type of defenses to the Plaintiff Arelious Reed claims and any anticipated defenses would be wholly without merit. Defendant, Wells Fargo Bank N.A. has presented no defenses in this case to meet their burden under Chamberlain of showing litigable defenses, defendant is not required to prove beyond a shadow of a doubt that they will win at trial but merely to show that they have a defense to this action which at least has merit on its face. Please see **Butler v. Experian Info. Solutions United States District Court for the Eastern District of Pennsylvania (E.D. Pa. Sep. 7, 2016)**. Also see **Charles E. Taintor Petitioner v. John J. Jones for Respondent. (Superior Court 1949), 95 Cal.App.2d 346, 213 P.2d 42**.

## ARGUMENT

1. Plaintiff Arelious Reed, request relief sought damages in the amount of $1,000,000.00 against the Defendant, Wells Fargo Bank N.A. on violating Statutes Laws, **MCL 492.102 15 U.S.C. Sec. 1601, 15 U.S.C. Sec. 1605, 15 U.S.C. Sec. 1635 (F), 41 U.S.C. Sec. 6503** and the Retail Installment Sale Contract "GAP Contract".

2. Plaintiff contends that such an award is reasonable based on the willfulness of these Statutes Laws and the Defendant unwillingness to participate in this case. Please see **Renee Croft v. Ald, LLC, Et Al United States District Court E.D. Michigan, Southern Division (E.D. Mich. Jan. 23, 2017)**.

## CONCLUSION AND RELIEF REQUESTED

Whereas the foregoing reasons, Plaintiff respectfully requests relief sought that this Honorable Court, finds liability against the Defendant and award Plaintiff damages in the amount of $1,000,000.00. Please see **HSBC Bank Nevada, N.A., Plaintiff and Appellant, v. Lizet G. Aguilar, Defendant and Respondent. 205 Cal.App.4th Supp. 6 (Cal. Super. 2012).**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of October 2021, I will file the foregoing with the Clerk of Court by certified mail which will then send a notification of such filing to the following:

**DEFENDANT WELLS FARGO BANK N.A.**
**FIVE CITY CENTER 740 W. HAMILTON ST.**
**ALLENTOWN, PA 18101**

Respectfully submitted,

X _____
**PLAINTIFF, ARELIOUS REED**
1515 Fort Street Unit 96
Lincoln Park, MI 48146
reedarel@gmail.com

3

# EXHIBIT:1 PROOF OF SERVICE FOR SUMMONS AND COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

ARELIOUS R. REED
1515 FORT STREET UNIT 96
LINCOLN PARK, MI 48146
*Plaintiff,*

v.

WELLS FARGO BANK, N.A.
FIVE CITY CENTER 740 W.
HAMITON ST. ALLENTOWN, PA
18101
*Defendant.*

Civil Action No. 2:21-CV-07545-JVS-MRW

Hon. James V. Selna

## SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: September 14, 2021

# Summons and Complaint Return of Service

Case No. 2:21-cv-07545-JVS-MRW
Hon. Jame V. Selna

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wells Fargo Bank
was received by me on *(date)* October 2 2021

☑ I personally served the summons on the individual at *(place)* Five City Center 740 W Hamilton St Allentown PA 18101 on *(date)* 10/4/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 25 for travel and $ 30.00 for services, for a total of $ 55.00 .

I declare under penalty of perjury that this information is true.

Date: 10-6-21

Server's signature: Kate Vizzard

Printed name and title: Kate Vizzard

Server's address: 215 W Linden St Allentown PA 18101

Additional information regarding attempted service, etc:


