

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARELIOUS REED

    PLAINTIFF,          CASE NO. 2:21- cv- 07545-JVS-MRW

V.                      HONORABLE JUDGE: James V. Selna
                      MAGISTRATE JUDGE: Michael R. Wilner

WELLS FARGO BANK N.A.

    DEFENDANT.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE FOR PROOF OF SERVICE OF SUMMONS AND COMPLAINT

NOW COMES, ARELIOUS REED plaintiff, by and though plaintiff to move this Honorable United States District Court Central District Of California for his Memorandum of Points and Authorities In Support of Plaintiff Motion For Order To Show Cause For Proof of Service of Summons And Complaint, under **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B)**, and/or pursuant to **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 4 (c)(1)(2), (h)(1)(A)(B), (i)(2), (L)(1) and (m)** Complying with the Honorable United States District Judge **ORDERED** as FOLLOWS.

*A. Reed* (signature)

## Table of Contents

TABLE OF CONTENTS..................................................................................i

TABLE OF AUTHORITIES........................................................................ii,iii

MEMORANDUM OF POINTS AND AUTHORITIES.................................1

STATEMENTS OF FACTS..........................................................................2

CONCLUSION AND RELIEF REQUESTED ............................................2

EXHIBIT: 1 PAID INVOICE AND PROOF OF SERVICE FO SUMMONS AND COMMPLAINT

# Table of Authorities

**Cases**

Leslie Herman Sternbeck, Appellant, v. Lloyd I. Buck et al., Respondents (Civ. No. 22042. Second Dist., Div. Two. Mar. 1, 1957)............................................................................2

**Statues**

Title 28 U.S.C. Federal Rules of Civil Procedure Rule 4 (c)(1)(2)(h)(1)(A)(B)(i)(2)(L)(1) and (m)..................................................................................................................2

Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B)..............................2

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 14, 2021, the Plaintiff, Arelious Reed filed his verified complaint in the United States District Court Eastern District of Michigan Southern Division with his Application to Proceed without prepaying fees or costs that was enter on September 15, 2021 and was assigned a **Case No. 3:21-cv-12146**. On or about September 16, 2021, Order of Disqualification and Reassigning Case from District Hon. Judge Robert H. Cleland in Port Huron to District Hon. Judge Stephen J. Murphy, III in Detroit, MI. On or about September 17, 2021, Order of Disqualification and Reassigning Case from Magistrate Hon. Judge Anthony P. Patti to Magistrate Hon. Judge Curtis Ivy, Jr. On or about September 21, 2021, Order Transferring Case to the Central District of California signed by the Hon. District Judge Stephen J. Murphy, III. On or about September 24, 2021, this case was assigned to Hon. District Judge Virginia A. Phillips and Hon. Magistrate Judge Karen E. Scott with **Case No. 2:21-cv-07545-VAP-KES**. On or about September 27, 2021, Hon. District Judge Virginia A. Phillips issue out A **"Standing Order"** to the Plaintiff Arelious Reed. On or about October 06, 2021, Hon. Magistrate Judge Michael R. Wilner, directs Plaintiff to submit a supplemental statement explaining in more detail Plaintiff's income, expenses, assets, and liabilities. Hon. Magistrate Judge Michael R. Wilner also stated "that Plaintiff's supplemental statement will be due by October 27, 2021, after that, the Court will evaluate the IFP request". On or about November 16, 2021, Honorable US District Judge James V. Selna, the Court, on its own motion, hereby ORDERS Plaintiff to Show Cause Re Dismissal for Lack of Prosecution, in writing no later than December 03, 2021.

## STATEMENTS OF FACTS

1. On or about October 04, 2021, Plaintiff, Arelious Reed has served the Defendant WELLS FARGO BANK N.A., at their place of business, with his paid invoice and proof of service of summons and complaint please see his **Exhibit 1**. Also see **Leslie Herman Sternbeck, Appellant, v. Lloyd I. Buck et al., Respondents (Civ. No. 22042. Second Dist., Div. Two. Mar. 1, 1957).**

## CONCLUSION AND RELIEF REQUESTED

Whereas the foregoing reasons, Plaintiff ARELIOUS REED, respectfully requests relief sought under **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B)** and/or pursuant to **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 4 (c)(1)(2), (h)(1)(A)(B), (i)(2), (L)(1)** and **(m)** on GRANTED his Memorandum of Points and Authorities In Support of Plaintiff Motion For Order To Show Cause For Proof of Service of Summons And Complaint, in order to further to proceed in this civil matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd of November 2021, I will file the foregoing with the Clerk of Court by certified mail.

Respectfully submitted,

x A. Reed
**Plaintiff, ARELIOUS REED**
**1515 Fort Street Unit 96**
**Lincoln Park, MI 48146**

# EXHIBIT: 1 PAID INVOICE AND PROOF OF SERVICE FO SUMMONS AND COMMPLAINT

# Invoice

⤓ Download PDF

ⓘ The shipping and billing information are hidden from view to protect your privacy. Log in to view this invoice or ask the vendor for a PDF copy.

## Invoice

Invoice #0014
Issued : Oct 4, 2021
Due : Oct 4, 2021

# $60.00
✓ PAID

Last updated on **October 4, 2021 at 3:34:43 PM PDT**

**Balance due:** $0.00

Original invoice total     $60.00

Total amount paid     $60.00

### Payment activity

Payment – 10/4/21     $60.00

**Bill to**
Re******@gmail.com

### Items

**Legal courier for lawsuit Wells Fargo**     $60.00
1 x $60.00

Subtotal     $60.00

**Total**     **$60.00**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

ARELIOUS R. REED
1515 FORT STREET UNIT 96
LINCOLN PARK, MI 48146
*Plaintiff*

v.

Civil Action No. 2:21-CV-07545-JVS-MRW

Hon. James V. Selna

WELLS FARGO BANK, N.A.
FIVE CITY CENTER 740 W.
HAMITON ST. ALLENTOWN, PA
18101
*Defendant*

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX, CLERK OF COURT

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: September 14, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:21-CV-07545-JVS-MRW
Hon. James V. Selna

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wells Fargo Bank
was received by me on *(date)* October 2 2021

☑ I personally served the summons on the individual at *(place)* Five City Center 740 W Hamilton St Allentown PA 18101 on *(date)* 10/4/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 25 for travel and $ 30.00 for services, for a total of $ 55.00 .

I declare under penalty of perjury that this information is true.

Date: 10-6-21

Kate Vizzard
*Server's signature*

Kate Vizzard
*Printed name and title*

215 W Linden St Allentown PA 18101
*Server's address*

Additional information regarding attempted service, etc:



Arelious Reed
1515 Fort Street Unit 96
Lincoln Park, MI 48146

CERTIFIED MAIL
7021 0950 0001 5171 0658

United States District
District of California
Atten: Clerk's Office
350 W. 1st Street, 4th Floor,
Los Angeles, California 90012

U.S. POSTAGE PAID
FCM LETTER
TOLEDO, OH
43611
NOV 23, 21
AMOUNT
$3.95
R2305K139558-7



Arelious Reed
1515 Fort Street Unit 96
Lincoln Park, MI 48146

United States District Court Central
District of California
Atten: Clerk's Office
350 W. 1st Street, 4th Floor,
Los Angeles, California 90012