UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ARELIOUS REED**

        PLAINTIFF,        CASE NO. 2:21- cv- 07545-JVS-MRW

V.                      HONORABLE JUDGE: James V. Selna
                        MAGISTRATE JUDGE: Michael R. Wilner

**WELLS FARGO BANK N.A.**

        DEFENDANT.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COMES NOW, Plaintiff Arelious Reed, by and through plaintiff, to move this Honorable Court for his Memorandum of Points and Authorities In Support of Plaintiff Motion for Default Judgment, pursuant to **Federal Rules of Civil Procedure Rule 55(a)**. Plaintiff, Arelious Reed submits the following memorandum of points and authorities in support of his motion for default judgment:

*/s/ A. Reed*

## Table of Contents

TABLE OF CONTENTS………………………………………….....………………………….i

TABLE OF AUTHORITIES……………………….....………………………..………….ii,iii

NOTICE OF MOTION HEARING………………………………………………………...1,2

MEMORANDUM OF POINTS AND AUTHORITIES ……….....……………...…………2,3

STATEMENT OF FACTS………………………………………………………………………3

ARGUMENT……………………………………………………………………………………4

CONCLUSION AND RELIEF REQUESTED…………………………………………………4

DECLARATION OF PLAINTIFF ARELIOUS REED IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT PURSUANT TO LOCAL RULE 7.8……………………………...5,6

## Table of Authorities

**Cases**

Charles E. Taintor Petitioner v. John J. Jones for Respondent. (Superior Court 1949), 95 Cal.App.2d 346, 213 P.2d 42..................................................................................3

Butler v. Experian Info. Solutions United States District Court for the E.D. Pennsylvania (E.D. Pa. Sep. 7, 2016)............................................................................3

HSBC Bank Nevada, N.A., Plaintiff and Appellant, v. Lizet G. Aguilar, Defendant and Respondent. 205 Cal.App.4th Supp. 6 (Cal. Super. 2012).................................4

Renee Croft v. Ald, LLC, Et Al United States District Court E.D. Michigan, Southern Division (E.D. Mich. Jan. 23, 2017).................................................................4

**Statues**

Federal Rules Of Civil Procedure Rule 4..................................................................................3

Federal Rules Of Civil Procedure Rule 55................................................................................3

Federal Rules of Civil Procedure Local Rule 6.1.....................................................................3

Federal Rules of Civil Procedure Local Rule 7.3..................................................................1,2

Federal Rules of Civil Procedure Local Rule 7.8.....................................................................6

MCL 492.102.............................................................................................................................4

15 U.S.C. Sec. 1601..................................................................................................................4

15 U.S.C. Sec. 1605..................................................................................................................4

15 U.S.C. Sec. 1635(F)..............................................................................................................4

41 U.S.C. Sec. 6503..................................................................................................................4

## **NOTICE OF MOTION HEARING**

**TO: CLERK OF THE COURT**
   **WELLS FARGO BANK N.A.**
   **DEFENDANT**
   **FIVE CITY CENTER 740 W. HAMILTON ST.**
   **ALLENTOWN, PA 18101**

**PLEASE TAKE NOTICE** that Plaintiff Arelious Reed, Motion for Default Judgment will be brought on for Hearing before the Honorable Judge James V. Selna in the U.S. District Courts, California Central District Southern Division Courtroom 10C located at the Santa Ana Courthouse-411 West Fourth Street, Santa Ana, CA 92701 on **MONDAY DECEMBER 20, 2021, AT 1:30 P.M.** or as soon thereafter as counsel may be heard. Plaintiff is seeking relief sought in the amount of $1,000,000.00.

Pursuant to **Federal Rules of Civil Procedure Local Rule 7.3** Plaintiff Arelious Reed, contacted the Defendant Wells Fargo Bank N.A., On or about November 24, 2021, Plaintiff talked with the supervisor named Chris to see if we reached any potential resolution. However Chris the supervisor stated to me that he do not work in that type of department and took his notes and forwarding, it too his legal department and on or about December 01, 2021, Plaintiff have made a follow up call with Chris the supervisor of the Defendant Wells Fargo Bank N.A., bank branch located in Allentown, PA and he stated to me that he have inform, that department and now it's out of his hands and all he can do is provided me with a 1 800 number which is 1 (800) 869-3557, Plaintiff try calling this number more than several time and I have to have an account number to really speak to someone that truly, understands me. "This motion is made following the conference call of Defendant's Wells Fargo Bank

1

N.A. supervisor name Chris which took place on or about November 24, 2021, and December 01, 2021, pursuant to **Federal Rules of Civil Procedure Local Rule 7.3**.

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 14, 2021, the Plaintiff, Arelious Reed filed his verified complaint in the United States District Court Eastern District of Michigan Southern Division with his Application to Proceed without prepaying fees or costs that was enter on September 15, 2021, and was assigned a **Case No. 3:21-cv-12146**. On or about September 16, 2021, Order of Disqualification and Reassigning Case from District Hon. Judge Robert H. Cleland in Port Huron to District Hon. Judge Stephen J. Murphy, III in Detroit, MI. On or about September 17, 2021, Order of Disqualification and Reassigning Case from Magistrate Hon. Judge Anthony P. Patti to Magistrate Hon. Judge Curtis Ivy, Jr. On or about September 21, 2021, Order Transferring Case to the Central District of California signed by the Hon. District Judge Stephen J. Murphy, III. On or about September 24, 2021, this case was assigned to Hon. District Judge Virginia A. Phillips and Hon. Magistrate Judge Karen E. Scott with **Case No. 2:21-cv-07545-VAP-KES**. On or about September 27, 2021, Hon. District Judge Virginia A. Phillips issue out A **"Standing Order"** to the Plaintiff Arelious Reed. On or about October 06, 2021, Hon. Magistrate Judge Michael R. Wilner, directs Plaintiff to submit a supplemental statement explaining in more detail Plaintiff's income, expenses, assets, and liabilities. Hon. Magistrate Judge Michael R. Wilner also stated "that Plaintiff's supplemental statement will be due by October 27, 2021, after that, the Court will evaluate the IFP request". On or about October 04, 2021, the Defendant was served with proof of service, summons and complaint. On or about November 05, 2021, Honorable Magistrate Judge Michael R. Wilner. ORDERED that the request granting Plaintiff's APPLICATION for Leave to Proceed in Forma

Pauperis. On or about November 16, 2021, The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause in writing no later than December 3, 2021, why this action should not be dismissed for lack of prosecution. On or about December 3, 2021, Plaintiff filed for his Memorandum of Points and Authorities In Support of Plaintiff Motion for Default Judgment on the Defendant with the United States District Court Central District of California, for failure to comply with **Federal Rules of Civil Procedure Local Rule 6.1, Federal Rules of Civil Procedure Rule 4**, and **Federal Rules Of Civil Procedure Rule 55**.

## STATEMENTS OF FACTS

A default judgment should be issue against the Defendant, Wells Fargo Bank N.A. for failure to response to Plaintiff's verified complaint. Default may be entered against a party that has failed to plead or otherwise defend pursuant to **Federal Rules of Civil Procedure Rule 55(a)**. Defendant, Wells Fargo Bank N.A. failed to assert any type of defenses to the Plaintiff Arelious Reed claims and any anticipated defenses would be wholly without merit. Defendant, Wells Fargo Bank N.A. has presented no defenses in this case to meet their burden under Chamberlain of showing litigable defenses, defendant is not required to prove beyond a shadow of a doubt that they will win at trial but merely to show that they have a defense to this action which at least has merit on its face. Please see **Butler v. Experian Info. Solutions United States District Court for the Eastern District of Pennsylvania (E.D. Pa. Sep. 7, 2016)**. Also see **Charles E. Taintor Petitioner v. John J. Jones for Respondent. (Superior Court 1949), 95 Cal.App.2d 346, 213 P.2d 42**.

## ARGUMENT

1. Plaintiff Arelious Reed, request relief sought in damages for $1,000,000.00 against the Defendant, Wells Fargo Bank N.A. on violating Statutes Laws, **MCL 492.102, 15 U.S.C. Sec. 1601, 15 U.S.C. Sec. 1605, 15 U.S.C. Sec. 1635 (F), 41 U.S.C. Sec. 6503** and the Retail Installment Sale Contract "GAP Contract."

2. Plaintiff contends that such an award is reasonable based on the willfulness of these Statutes Laws and the Defendant unwillingness to participate in this case. Please see **Renee Croft v. Ald, LLC, Et Al United States District Court E.D. Michigan, Southern Division (E.D. Mich. Jan. 23, 2017)**.

## CONCLUSION AND RELIEF REQUESTED

Whereas the foregoing reasons, Plaintiff respectfully requests relief sought that this Honorable Court, finds liability against the Defendant and award Plaintiff damages in the amount of $1,000,000.00. Please see **HSBC Bank Nevada, N.A., Plaintiff and Appellant, v. Lizet G. Aguilar, Defendant and Respondent. 205 Cal.App.4th Supp. 6 (Cal. Super. 2012)**.

## **DECLARATION OF PLAINTIFF ARELIOUS REED IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE LOCAL RULE 7.8**

I, ARELIOUS REED Plaintiff, declare that the following is true and correct, and if called as a witness, I could competently testify to the matters hereinafter set forth which are within my personal knowledge:

### **DESCRIPTION OF CASE**

On or about January 28, 2019 Plaintiff ARELIOUS R. REED finance A 2015 Cadillac Escalade using an online dealership at Doral Lincoln located in Doral, FL that use the Defendant WELLS FARGO BANK, N.A., to finance Plaintiff, Retail Installment Sale Contract with a three (3) year term loan to pay off the loan, which is (36) month's of payments with a GAP contract to Seller assigns to Defendant WELLS FARGO BANK, N.A.,. However, Plaintiff ARELIOUS R. REED, 2015 Cadillac Escalade was paid off in full on or about September 13, 2019, and did not receive any type of GAP contract payments refunds, from the Defendant WELLS FARGO BANK, N.A., for paying off the Retail Installment Sale Contract loan early. Furthermore, Plaintiff, ARELIOUS R. REED received in the United States Postal Office, by mail a **NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION** as Follow; **Herrera et al. v. Wells Fargo Bank, N.A. et al Case No. 8:18-cv-00332-JVS-MRW Claim Number is DBN4GAZ3RL**, on or about August 25, 2021, Plaintiff, ARELIOUS R. REED decided to excluded myself from the settlement, (option out) the Class Action settlement, by writing a letter to Herrera v. Wells Fargo c/o JND Legal Administrator P.O. Box 91338 Seattle, WA 98111 on or before October 06, 2021, nevertheless the Court has scheduled a Final Approval Hearing for November 15, 2021, at 1:30 PM to approve a "Settlement Fund" totaling $45,000,000.00 to pay; in

Courtroom 10C of the United States District Court, Central District of California, Southern Division, located at the Santa Ana Courthouse-411 West Fourth Street, Santa Ana, CA 92701.

## EVIDENCE SUPPORTING JUDGMENT

1. Proof of Service Excluded me from the Settlement by Certified Mail Receipt.

2. Proof of NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, Herrera et al. v. Wells Fargo Bank, N.A. et al Case No. 8:18-cv-00332-JVS-MRW.

3. Proof of Retail Installment Sale Contract "GAP Contract."

4. Proof of Plaintiff's Credit Report.

5. Proof of Paid in Full Receipts.

Wherefore Plaintiff respectfully requests relief sought in damages against the Defendant, WELLS FARGO BANK N.A. of $1,000,000.00 requesting the court to award and grant Plaintiff motion pursuant to Federal Rules of Civil Procedure Local Rule 7.8.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: December 03, 2021

A. Reed

ARELIOUS REED
Plaintiff, In Pro Per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December 2021, I will file the foregoing with the Clerk of Court by certified mail which will then send a notification of such filing to the following:

**DEFENDANT WELLS FARGO BANK N.A.**
**FIVE CITY CENTER 740 W. HAMILTON ST.**
**ALLENTOWN, PA 18101**

Respectfully submitted,

X _____
**PLAINTIFF, ARELIOUS REED**
**1515 Fort Street Unit 96**
**Lincoln Park, MI 48146**
reedarel@gmail.com



