UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 1/19/22 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___D. Lewman___ DEPUTY |

ARELIOUS REED

PLAINTIFF,                    CASE NO. 2:21- cv- 07545-JVS-MRW

V.                                      HONORABLE JUDGE: James V. Selna
                                          MAGISTRATE JUDGE: Michael R. Wilner

WELLS FARGO BANK N.A.

DEFENDANT.

*A. Reed*

**CAUSE OF ACTION: COUNT I; 15 U.S.C. SECTION 1601(a); COUNT II; 15 U.S.C. SECTION 1635; COUNT III; MCL 492.102 MOTOR VEHICLE SALES FINANCE ACT (EXCERPT); COUNT IV; 41 U.S.C. SECTION 6503 BREACH OR VIOLATION OF REQUIRED CONTRACT TERMS; PLAINTIFF DEMANDS A TRIAL BY JURY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE UNDER TITLE VI TRIALS RULE 38.**

## AMENDED COMPLAINT

1. Plaintiff ARELIOUS R. REED, is an individual, and do business with the resident at 1515 Fort Street Unit 96 Lincoln Park, MI 48146 resides in the County of Wayne, Michigan.

2. The Defendant WELLS FARGO BANK, N.A., is a Corporation residing at Five City Center 740 W. Hamilton St. Allentown, PA, 18101 and which does business in the City of Allentown, PA and throughout the United States of America.

On or about January 28, 2019 Plaintiff ARELIOUS R. REED finance A 2015 Cadillac Escalade pursuant to Count I; 15 U.S.C. Sec. 1601(a) and Count II; 15 U.S.C. Sec. 1635 using an online dealership at Doral Lincoln located in Doral, FL that use the Defendant WELLS FARGO BANK, N.A., to finance Plaintiff, Retail Installment Sale Contract (under **Count III; MCL 492.102**), with a three (3) year term loan to pay off the loan, which is (36) months of payments with a GAP contract, to Seller assigns to Defendant WELLS FARGO BANK, N.A.. However, Plaintiff ARELIOUS R. REED,

2015 Cadillac Escalade was paid off in full on or about September 13, 2019, and Plaintiff

did not receive any type of GAP contract payments refunds, pursuant to **Count IV; 41**

**U.S.C. SECTION 6503** from the Defendant WELLS FARGO BANK, N.A., for paying

off the Retail Installment Sale Contract loan early. all exhibits will be presented to the

Court upon further discovery process.


**Wherefore:**

For the reasons set forth above, Plaintiff ARELIOUS R. REED, is seeking relief sought

in the amount against the Defendant WELLS FARGO BANK, N.A. not to exceed

$4,300,000.00 or $4,300,000.00 whichever is greater furthermore, Plaintiff ARELIOUS

R. REED, demands a trial by Jury pursuant to **Federal Rules of Civil Procedure under**

**Title VI Trials Rule 38.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January 2022, I will file the foregoing with the

Clerk of Court by certified mail, with Overnight Priority Mail Express to the Defendant's

Attorney, Jenny Yi (SBN 314540), which will then send a notification of such filing to the

following on record:

**MCGUIREWOODS LLP**
**Attorney Jenny Yi (SBN 314540)**
**Two Embarcadero Center Suite 1300**
**San Francisco, CA 94111-3821**
**Phone: (415) 844-9944**
**Email: jyi@mcguirewoods.com**

Respectfully submitted,

X _____

**Plaintiff, ARELIOUS REED**
**1515 Fort Street Unit 96**
**Lincoln Park, MI 48146**
**(313) 530-5189**
**Email: reedarel@gmail.com**

Arelious Reed
1515 Fort Unit 96
Lincoln Park MI 48146

U.S. POSTAGE P
FCM LETTER
TOLEDO, OH
43611
JAN 15, 22
AMOUNT
$3.75
R2305K139528-2

90012

1000

UNITED STATES
POSTAL SERVICE®

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0950 0001 5171 2942

United States District Ct.
Clerk office
350 W 1st St, 4th Floor
LA California 90012

90012845351

RECEIVED COURT
CLERK, U.S. DISTRICT COURT

JAN 21 2022

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

CLERK, U.S. DISTRICT COURT

JAN 19 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JVS