1   **McGuireWoods LLP**
    Alicia A. Baiardo (SBN 254228)
2   abaiardo@mcguirewoods.com
    Jenny Yi (SBN 314540)
3   jyi@mcguirewoods.com
    Two Embarcadero Center
4   Suite 1300
    San Francisco, CA 94111-3821
5   Telephone: 415.844.9944
    Facsimile: 415.844.9922
6
    Attorneys for Defendant
7   Wells Fargo Bank, N.A.

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| ARELIOUS REED | CASE NO. 2:21-cv-07545-JVS-MRW |
| Plaintiff, | **WELLS FARGO BANK, N.A.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION** |
| vs. | |
| WELLS FARGO BANK, N.A, | **Date:** March 22, 2022 |
| Defendant. | Time: 1:30 p.m. |
| | Crtrm.: 10C |
| | Judge: Honorable James V. Selna |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

WELLS FARGO BANK, N.A.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby provides this Notice of Non-Opposition to its Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff's response or opposition to the Motion to Dismiss was due on or before February 14, 2022. L.R. 7-9.

1.     On February 21, 2022, counsel for Wells Fargo spoke with Plaintiff who is proceeding *pro per* to meet and confer as required under L.R. 7-3. During the call, counsel for Wells Fargo explained that Plaintiff's Amended Complaint contained the same pleading deficiencies as his prior version and that Wells Fargo intended on filing a Motion to Dismiss the Amended Complaint ("Motion") on those grounds. Plaintiff disagreed with Wells Fargo's position and the parties reached an impasse on early resolution to avoid filing the Motion;

2.     On February 28, 2022, Wells Fargo served its Notice of Motion and Motion to Dismiss Plaintiff's Amended Complaint ("Motion") on Plaintiff Arelious Reed by Federal Express Overnight Delivery to Plaintiff's address listed on his Complaint.

3.     Wells Fargo's Motion included a motion hearing date of March 28, 2022. Therefore, Plaintiff's response or opposition to the Motion was due on or before March 7, 2022. L.R. 7-9. Plaintiff did not file or serve any response to Wells Fargo's Motion by March 7, 2022.

3.     As of the date of this filing, Plaintiff has not filed a response or a notice of non-opposition as required under L.R. 7-9.

Therefore, Wells Fargo respectfully submits that its Motion to Dismiss is unopposed and, good cause appearing therefore, the Motion should be granted. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (failure to file an opposition to a motion to dismiss in violation of a local rule is a proper ground to grant the motion).

///

///

///

1

1   DATED: March 14, 2022          **McGuireWoods LLP**

2

3

                                    By: */s/ Jenny Yi*
4                                       Jenny Yi

5                                       Attorneys for Defendant
                                        Wells Fargo Bank, N.A.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WELLS FARGO BANK, N.A.'S NOTICE OF PLAINTIFF'S NON-OPPOSITION

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, the foregoing was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

 /s/ Jenny Yi
Jenny Yi
