FILED
CLERK, U.S. DISTRICT COURT

3/15/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___LB___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ARELIOUS REED**

PLAINTIFF,                          CASE NO. 2:21- cv- 07545-JVS-MRW

V.                                  HONORABLE JUDGE: James V. Selna
                                    MAGISTRATE JUDGE: Michael R. Wilner

**WELLS FARGO BANK N.A.**

DEFENDANT.


## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

## OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE FOR

## JOINT RULE 26(f) REPORT WITH THE COURT'S ATTACHED EXHIBIT A


NOW COMES, ARELIOUS REED plaintiff, by and though plaintiff to move this Honorable United States District Court Central District Of California for his Memorandum of Points and Authorities In Support of Plaintiff Motion For Order To Show Cause For Joint Rule 26(f) Report with the Court's Attached Exhibit A, under **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B),** and/or pursuant to **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 26(f)** Complying with the Honorable United States District Judge **ORDERED** as FOLLOWS.

## Table of Contents

TABLE OF CONTENTS.................................................................i

TABLE OF AUTHORITIES.......................................................ii,iii

MEMORANDUM OF POINTS AND AUTHORITIES..................1,2

STATEMENTS OF FACTS..........................................................2

CONCLUSION AND RELIEF REQUESTED ...............................2

EXHIBIT: 1 COPY OF PLAINTIFF JOINT STATUS REPORT.

EXHIBIT: 2 COPY OF PLAINTIFF ARELIOUS REED EMAIL SENT TO THE DEFENDANT'S ATTORNEY JENNY YI, JOINT STATUS REPORT SENT ON MARCH 22, 2022, BY EMAIL AT 2:31PM.

EXHIBIT: 3 COPY OF CERTIFIED MAIL RECEIPT MAIL TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA.

# Table of Authorities

**Cases**

The Greyhound Corporation, Petitioner, v. Superior Court of Merced County 56 Cal.2d 35515 Cal. Rptr.90 364 P.2d 266 (Supreme Court of California Cal.1961)..............................2

**Statues**

Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B)...............................2

Title 28 U.S.C. Federal Rules of Civil Procedure Rule 26(f)...........................................2

# MEMORANDUM OF POINTS AND AUTHORITIES

1. On or about January 19, 2022, Plaintiff Arelious Reed, has filed his Amended Complaint in the United States District Court Central District of California. On or about January 28, 2022, Hon. Judge James V. Selna, hereby submit a Joint Status Report pursuant to the Court's Initial Order Setting Rule 26(f) Scheduling Conference set for March 28, 2022. On or about February 14, 2022, Plaintiff has sent out his, Joint Rule Report pursuant to Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26 by email to the Defendant's attorney Jenny Yi with his initial disclosure, (all evidence that was in the plaintiff possession to the defendant), Plaintiff Arelious Reed, having follow the Courts Order's under Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26. On or about February 18, 2022, the Defendants attorney Jenny Yi, moved to dismiss Plaintiff first Amended Complaint Defendant's attorney Wells Fargo has not complied with Local Rule 7.3. Accordingly, the Court DENIES the Defendant's motion to dismiss without prejudice to refiling. On or about March 04, 2022, the Defendants emailed me, and stated I will call you on Monday March 07, 2022, will you be available to discuss Rule 26(f) at 10am PT time I the Plaintiff Arelious Reed, confirm and stated that's fine. However, (on the phone), other things were said to make a long story short Plaintiff and the Defendants Attorney did not come to any type of an agreement the phone call was unsuccessful. On or about March 10, 2022, Plaintiff sent out his Joint Status Report by email to the Defendants Attorney Jenny Yi and mailed out a certified mail to the Court's by using the United States Postal Service by certified mail sent to the United States District Court Central District of California on March 10, 2022. On or about March 21,

1

2022, Honorable US District Judge James V. Selna, the Court, on its own motion, hereby ORDERS Plaintiff to Show Cause Re Dismissal for Lack of Prosecution, in writing no later than April 04, 2022.

## STATEMENTS OF FACTS

1.  On or about March 10, 2022, Plaintiff, Arelious Reed has sent out his Joint Status Report by email to the Defendants Attorney Jenny Yi and mailed out a certified mail to the Court's by using the United States Postal Service certified mail sent to the United States District Court Central District of California on March 10, 2022. Please see his **Exhibit 2** and **Exhibit 3**. Also see **The Greyhound Corporation, Petitioner, v. Superior Court of Merced County 56 Cal.2d 35515 Cal. Rptr.90 364 P.2d 266 (Supreme Court of California Cal.1961).**

## CONCLUSION AND RELIEF REQUESTED

Whereas the foregoing reasons, Plaintiff ARELIOUS REED, respectfully requests relief sought under **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 11 (c)(3), (5)(B)** and/or pursuant to **Title 28 U.S.C. Federal Rules of Civil Procedure Rule 26(f)** on GRANTED his Memorandum of Points and Authorities In Support of Plaintiff Motion For Order To Show Cause For Joint Rule 26(f) Report with the Court's Attached Exhibit A, in order to further to proceed in this civil matter. Furthermore, considering the foregoing, the Plaintiff respectfully requests that the Court not dismiss this action. To the extent that the Court has remaining concerns about the Plaintiff's efforts to prosecute this matter since the issuance of the March 21, 2022, Order, the Plaintiff respectfully requests that the Court schedule a Conference.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd of March 2022, I will file the foregoing with the Clerk of

Court by Overnight Priority Express Mail.

Respectfully submitted,

X _____

Plaintiff, ARELIOUS REED
1515 Fort Street Unit 96
Lincoln Park, MI 48146

# EXHIBIT: 1 COPY OF PLAINTIFF JOINT STATUS REPORT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


ARELIOUS REED

          PLAINTIFF,         CASE NO. 2:21- cv- 07545-JVS-MRW

V.               HONORABLE JUDGE: James V. Selna
                   MAGISTRATE JUDGE: Michael R. Wilner


WELLS FARGO BANK N.A.

          DEFENDANT.

# JOINT STATUS REPORT

1. The parties, **Plaintiffs Arelious Reed, v. Defendant Wells Fargo Bank N.A., Case No. 2:21- cv- 07545-JVS-MRW,** hereby submit this joint status report pursuant to the Court's Initial Order Setting Rule 26(f) Scheduling Conference [Docket No. 32] on Friday January 28, 2022, before the Hon. Judge James V. Selna.

2. On or about January 19, 2022 [Docket No. 31] Plaintiff Arelious Reed, has filed his Amended Complaint under violation of Count I; 15 U.S.C. Sec. 1601(a), Count II; 15 U.S.C. Sec. 1635, Count III; MCL 492.102 and Count IV; 41 U.S.C. Sec. 6503 by using an online dealership at Doral Lincoln located in Doral, FL that use the Defendant WELLS FARGO BANK, N.A., to finance Plaintiff, Retail Installment Sale Contract with a GAP contract, to Seller assigns to Defendant WELLS FARGO BANK, N.A.,. However, Plaintiff ARELIOUS R. REED, 2015 Cadillac Escalade was paid off in full on or about September 13, 2019, and Plaintiff did not receive any type of GAP contract payments refunds, from the Defendant WELLS FARGO BANK, N.A., for paying off his Retail Installment Sale Contract loan early.

3. On or about February 18, 2022, the Defendants attorneys Wells Fargo Bank, N.A. moved to dismiss the first Amended Complaint of the Plaintiff Arelious Reed [Docket No. 34]. Wells Fargo has not complied with Local Rule 7.3. Accordingly, the Court DENIES the Defendant's motion to dismiss without prejudice to refiling.

4. On or about February 14, 2022, Plaintiff has sent out his, Joint Rule Report pursuant to Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26 by email to the Defendant's attorney Jenny Yi with his initial disclosure, (all evidence that was in the plaintiff possession to the defendant), Plaintiff Arelious Reed, having follow the Courts

Order's under Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26, Federal Rule of Civil Procedure 26(f); Clearly states; Conference of the Parties, Planning for Discovery. (1) Conference Timing. Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b).

5. On or about March 04, 2022, the Defendants emailed me, and stated I will call you on Monday March 07, 2022, will you be available to discuss Rule 26(f) at 10am PT time I the Plaintiff Arelious Reed, confirm and stated that's fine. However, (on the phone) the Defendant attorney Jenny Yi, stated to me that do you have an attorney representing you I said no I' am completely and fully competent. Furthermore, the Defendant stated to me that I represent my client Wells Fargo Bank I believe in their best interest we will not be giving you any type of discoveries "I said what yes you are going to give me some discovery that's what the Federal Rule of Civil Procedure 26(f) is for I just handed you over all of my discovery documents that I had in my custody and will give you more upon further discovery request throughout the process" and some other things were said to make a long story short Plaintiff and the Defendants Attorney did not come to any type of an agreement the phone call was unsuccessful.

1. **Synopsis:** Pursuant to Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26, a Court Order Setting Rule 26(f) Scheduling Conference meeting will be held on Monday, March 28, 2022, at 10:30 AM and both parties will attend: **Plaintiff Arelious Reed, Pro Se and Jenny Yi Counsel for Defendants Wells Fargo Bank N.A.**

2. **Legal issues:**   Plaintiff: Discovery is to be sought related to copies of GAP insurance,

Retail Installment Sale contract, electronically stored information disclosures (e-discovery), on financial documents (Financing Contract), Defendant's loan contract showing the financing terms and other products purchased such as a vehicle service contract,

maintenance, or other ancillary products. Defendant's and Plaintiff's, loan history plaintiff's complete loan history showing all payments and other charges on his loan account but not limited to the NADA Bookout Sheet at the time of purchase. Refunds for canceled products such as a vehicle service contract, maintenance, or other ancillary products. If a product was non-cancelable, please forward a copy of the contract that includes the cancellation clause, Plaintiff's loan balance must be included on the statement. Policies and procedures, other discovery related to Plaintiffs' claims, by means of Interrogatories, Request for Production of Documents and Requests for Admission also depositions of Defendants and witnesses.

<u>Defendants</u>: Discovery is to be sought related to on January 28, 2019, Plaintiff complete Retail Installment Sale Contract, Auto loan payoff early in full, GAP insurance contract payment refunds, letter of Plaintiff option-out the Class Action lawsuit alone with proof of service, Auto account credit report on Wells Fargo Dealer Svcs., Herrera, et al. v. Wells Fargo Bank N.A. Claim Form, Retail installment sale contract, letter from Wells Fargo Auto, vehicle registration issue by Doral Lincoln (the Dealership in Florida), Plaintiff's own vehicle registration issue by the State of Michigan, receipts with invoices of auto maintenance service done at Cadillac of Novi and receipt at Discount Tire. Other discovery related to Plaintiffs' claims, by means of interrogatories, request for production of documents and requests for admission also depositions of Plaintiff's and witnesses.

Parties need dates for response to discovery requests, and the scheduling of depositions Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections.

Disclosure or discovery of electronically stored information should be handled as follows: All electronic files are to be produced in their native format as kept in the ordinary course of business, along with any program used to open those files. Metadata shall not be removed from any file prior to production. If any electronic file cannot reasonably be produced in its native format, all documents within that file are to be produced electronically in optical character recognized and/or portable document format (PDF), accompanied by a declaration from counsel explaining the reason the electronic file could not be produced in its native format.

3. **Damages:**   June 1st, 2022

4. **Insurance:**   June 30th, 2022

5. **Motions:**   Recommended cut-off for amending the pleadings and/or adding additional parties: 90 Days.

6. **Discovery and experts:**   Expert reports disclosed by:

   a. Defendant(s) Expert Witness List: April 1st, 2022

    b.  Plaintiff(s) Expert Witness List: <u>May 1st, 2022</u>

7. **<u>Dispositive motions:</u>** Recommended dispositive motion date: <u>August 1st, 2022</u>

8. **<u>Settlement and settlement mechanism:</u>** Settlement is likely. The parties are currently discussing terms of a potential settlement. Should these early efforts be unsuccessful, the parties propose that a settlement conference session occur on or before: <u>June 27th, 2022</u>.

9. **<u>Trial estimate:</u>** Recommended estimate days for trial will be two (2) trial days and will be by jury.

10. **<u>Timetable:</u>** The Plaintiff will provide Defendant's pre-discovery disclosures required by Rule 26(a)(1) on or before February 20, 2022. The Defendants will provide Plaintiff pre-discovery disclosures documents required by Rule 26(a)(1) on or before February 28, 2022. Trial month/year: <u>September 2022</u>.

11. **<u>Other issues:</u>** Recommended on Scheduling Conference meeting on Monday, March 28, 2022, at 10:30 AM.

12. **<u>Conflicts:</u>** Recommended on Scheduling Conference meeting on Monday, March 28, 2022, at 10:30 AM.

13. **<u>Patent cases:</u>** The parties do not jointly consent to A Markman hearing and will like for the juries of the jury determine facts at trial.

14. **<u>Magistrate:</u>** The parties do not jointly consent to trial before a magistrate judge. The parties do not consent to the jurisdiction of the Honorable United States Magistrate Judge pursuant to 28 U.S.C. Sec. 636(c).


**X** _____     **Please Signed**

Jenny Yi (SBN 314540)
Attorney for Defendants Wells Fargo Bank N.A.

Respectfully submitted,

X _____ Signed
Plaintiff, Arelious Reed Pro Se

Joint Status Report dated:  March 10, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th of March, 2022, I will file the foregoing papers, with the

Clerk of Court using certified mail and by email to Attorney Jenny Yi, (SBN 314540) to her

email address JYi@mcguirewoods.com, McGuireWoods LLP Two Embarcadero Center

Suite 1300 San Francisco, CA 94111-3821.

Respectfully submitted,

X _____
PLAINTIFF, ARELIOUS REED (PRO
SE)
1515 Fort Street Unit 96
Lincoln Park, MI 48146
(313) 530-5189; Tel
reedarel@gmail.com; email

EXHIBIT: 2 COPY OF PLAINTIFF ARELIOUS

REED EMAIL SENT TO THE DEFENDANT'S

ATTORNEY JENNY YI, JOINT STATUS REPORT

SENT ON MARCH 22, 2022, BY EMAIL AT 2:31PM.

EXHIBIT: 3 COPY OF CERTIFIED MAIL RECEIPT

MAIL TO THE UNITED STATES DISTRICT

COURT CENTRAL DISTRICT OF CALIFORNIA.



**UNITED STATES**
**POSTAL SERVICE.**

OREGON
3054 DUSTIN RD
OREGON, OH 43616-9998
(800)275-8777

03/10/2022                              02:15 PM
----------------------------------------------
Product          Qty    Unit      Price
                        Price
----------------------------------------------
Envelope 6X9      1     $0.49     $0.49

First-Class Mail® 1               $0.78
Letter
    Los Angeles, CA 90012
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
    Tue 03/15/2022
Certified Mail®                   $3.75
    Tracking #:
    70212720000188255479
Total                             $4.53
----------------------------------------------
Grand Total:                      $5.02
----------------------------------------------
Cash                              $5.02
----------------------------------------------

**********************************************
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
COVID-19. We appreciate your patience.
**********************************************

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
      Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

          Preview your Mail
         Track your Packages
          Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



      or call 1-800-410-7420.

---------------------------------------------

UFN: 388268-0129
Receipt #: 840-54420105-1-4233661-1
Clerk: 5

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90012

Certified Mail Fee  $3.75                    $0.00
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)     $ $0.00
  ☐ Return Receipt (electronic)   $ $0.00        Postmark
  ☐ Certified Mail Restricted Delivery $ $0.00   MAR 10 2022
  ☐ Adult Signature Required      $
  ☐ Adult Signature Restricted Delivery $
Postage  $0.78                               03/10/2022

Total Postage and Fees
$        $4.53                               USPS 43610

Sent To  United States District Court
Street and Apt. No., or PO Box No.  350 W. 1st St. 4th floor
City, State, ZIP+4®  Los Angeles, California

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

