


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARELIOUS R. REED

PLAINTIFF, CASE NO. 2:21- cv- 07545-JVS-MRW

V. HONORABLE JUDGE: James V. Selna
MAGISTRATE JUDGE: Michael R. Wilner

WELLS FARGO BANK N.A. D/B/A

WELLS FARGO DEALER SERVICES, INC.,

DEFENDANT.

8/29/22 at 1:30pm (see Notice page 1)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

COMES NOW, ARELIOUS R. REED plaintiff, by and though plaintiff to move this Honorable United States District Court Central District of California for his Memorandum of Points and Authorities in Support of Plaintiff's Motion to Alter or Amend Judgment pursuant to **Federal Rules of Civil Procedure Rule 59(e)** and/or **Federal Rules of Civil Procedure Rule 60** and under **Central District of California Local Rules 7.18** in support thereof will show unto the court the FOLLOWING matters and facts:

A. Reed

## Table of Contents

TABLE OF CONTENTS .......... i

TABLE OF AUTHORITIES .......... ii,iii

WRITTEN NOTICE OF MOTION HEARING .......... 1

JURISDICTIONAL STATEMENT .......... 2

STANDARD OF REVIEW .......... 3

MEMORANDUM OF POINTS AND AUTHORITIES .......... 4,5,6,7

STATEMENT OF FACTS .......... 7,8

CONCLUSION .......... 8,9

## Table of Authorities

### Cases

Foster v. DeLuca, 545 F.3d 582, 584 (7th Cir. 2008)..........9

Meghani v. Shell Oil Co., 2000. U.S. Dis. LEXIS 17402 *2, (S.D. Tex. Aug. 24, 2000)..........8

Russell v. Delco Remy Div. of General Motors Corp., 51 F.3d 746, 749 (7th Cir. 1995)..........8

United States of America, Plaintiff-Appellee,. v. King Mountain Tobacco Company, Inc., Defendant-Appellant. Nos. 14-36055, 16-35607 (June 3, 2016)..........3

Weber v. Roadway Exp., Inc., 199 F.3d 270, 276 (5th Cir. 2000)..........9

**Statues**

Central District of California Local Rules 7.18 ....................2,9

Federal Rules of Civil Procedure Rule 59(e) ....................2,8

Federal Rules of Civil Procedure Rule 60 ....................2,8

28 U.S.C. Section 1331 ....................2

28 U.S.C. Section 1345 ....................2

**WRITTEN NOTICE OF MOTION HEARING**

**TO: CLERK OF THE COURT**

**WELLS FARGO BANK N.A. D/B/A**

**WELLS FARGO DEALER SERVICES, INC.,**

**DEFENDANT**

**MCGUIREWOODS LLP**
**Attorney Jenny Yi (SBN 314540)**
**Two Embarcadero Center Suite 1300**
**San Francisco, CA 94111-3821**

**PLEASE TAKE NOTICE** that Plaintiff Arelious Reed, by and through Plaintiff will bring on for hearing his Motion to Alter or Amend Judgment for the reasons stated in the above motion before the Honorable Judge James V. Selna in the U.S. District Courts, California Central District Southern Division Courtroom 10C located at the Santa Ana Courthouse-411 West Fourth Street, Santa Ana, CA 92701 on **MONDAY AUGUST 29, 2022, AT 1:30 P.M.** or as soon thereafter as counsel may be heard.

JURISDICTIONAL STATEMENT

The United States District Court Central District of California shall have original jurisdiction over these civil actions pursuant to **28 U.S.C. Section 1331,** and under **28 U.S.C. Section 1345** having the Plaintiff, ARELIOUS R. REED having filed his timely Memorandum of Points and Authorities In Support of Plaintiff's Motion to Alter or Amend Judgment pursuant to **Federal Rules of Civil Procedure Rule 59(e)** and/or **Federal Rules of Civil Procedure Rule 60** and under **Central District of California Local Rules 7.18** on July 18, 2022.

## STANDARD OF REVIEW

The interpretation of a federal statute is a question of law reviewed by the court. Please see **United States of America, Plaintiff-Appellee,. v. King Mountain Tobacco Company, Inc., Defendant-Appellant. Nos. 14-36055, 16-35607 (June 3, 2016).**

MEMORANDUM OF POINTS AND AUTHORITIES

1. On or about January 19, 2022, Plaintiff Arelious Reed, has filed his Amended Complaint in the United States District Court Central District of California. On or about January 28, 2022, Hon. Judge James V. Selna, hereby submit a Joint Status Report pursuant to the Court's Initial Order Setting Rule 26(f) Scheduling Conference set for March 28, 2022. On or about February 14, 2022, Plaintiff has sent out his, Joint Rule Report pursuant to Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26 by email to the Defendant's attorney Jenny Yi with his initial disclosure, (all evidence that was in the plaintiff possession to the defendant), Plaintiff Arelious Reed, having follow the Courts Order's under Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26. On or about February 18, 2022, the Defendants attorney Jenny Yi, moved to dismiss Plaintiff first Amended Complaint Defendant's attorney Wells Fargo has not complied with Local Rule 7.3. Accordingly, the Court DENIES the Defendant's motion to dismiss without prejudice to refiling. On or about March 21, 2022, Honorable US District Judge James V. Selna, the Court, on its own motion, hereby ORDERS Plaintiff to Show Cause Re Dismissal for Lack of Prosecution, in writing no later than April 04, 2022. On or about April 01, 2022, the Defendant Wells Fargo Bank, N.A., filed their Status Report. On or about April 06, 2022, the court clerk sent out A NOTICE OF CLERICAL ERROR; Due to clerical error Re: Response for [Docket No. 44] incorrect Filed Date. On or about April 07, 2022, The Court has posted its tentative ruling on the Defendant Motion to Dismiss [Docket No. 37] & Plaintiff Motion for Order to Show Cause [Docket No. 44] and VACATES the Scheduling Conference set for 4/11/2022 at 10:30 am. On or about April 11, 2022, Plaintiff filed his Motion to Correct Clerical Mistakes. On or about

April 13, 2022, Corrections to Clerical Mistakes has been made by the clerk of the Court. On or about April 21, 2022, the Court DISMISSES the Plaintiff's First Amended Complaint and GRANTS Plaintiff's twenty-one days' leave to amend his complaint. Furthermore, the Court's ORDERS Plaintiff to meet and confer with the Defendants Wells Fargo and submit a Joint Rule 26(f) report, with a jointly completed Exhibit A, within twenty-one days of entry of this order. If Plaintiff fails to do so, the Court will dismiss his complaint with prejudice for lack of prosecution. On or about April 25, 2022, Plaintiff filed his Second Amended Complaint and Summons with the Court and sent out a copy of certified mail and email to the Defendants WELLS FARGO BANK N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., attorney Jenny Yi. On or about March 02, 2022, the Defendants attorney Jenny Yi, call and emailed Plaintiff, ARELIOUS R. REED and stated "I intent on filing a motion to dismiss your, Second Amended Complaint. As I mentioned, it is the Defendants WELLS FARGO BANK N.A. D/B/A WELLS FARGO DEALER SERVICES, INC., position that you're (Plaintiff), Second Amended Complaint still contains the same fatal defects as your previously filed complaints. I the Defendants attorney requested that you voluntarily dismiss your action based on those defects" Plaintiff stated "No I will be filing a Motion to Strike your Motion to Dismiss my Second Amended Complaint both parties confirm. On or about March 09, 2022, the Defendants Attorney Jenny Yi, filed for their Motion to Dismiss Plaintiff Second Amended. On or about May 12, 2022, Plaintiff and the Defendants has filed their JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER with the Court. On or about May 16, 2022, Plaintiff has file for his Motion to Strike Defendants Motion to Dismiss Plaintiff Second Amended Complaint.

On or about May 17, 2022, the Court issue an, [IN CHAMBERS] ORDER RE SCHEDULING DATES. On or about May 19, 2022, Plaintiff sent out his First Set of Interrogatories, Request for Admissions and Request for Production of Documents by email to the Defendants. On or about May 27, 2022, the Defendants has filed A motion title under Defendant's WELLS FARGO N.A.'S Opposition to Plaintiff's Motion to Strike, without discussing with the opposing party. On or about June 1, 2022, Plaintiff has emailed the Defendants attorney and stated "I the Plaintiff Arelious Reed are asking you very kindly to withdraw your motion from the Court's docket number #61, because you did not first contact opposing counsel (Plaintiff Pro Se), to discuss thoroughly preferably in person the substance of the contemplated motion and any potential resolution" the Defendants response was we are not obligated by any rules to meet and confer prior to filing an opposition or reply and we will not be withdrawing our opposition from the docket. On or about June 02, 2022, Plaintiff has filed his Memorandum of Points and Authorities in Support of Plaintiff's Motion for Sanctions in Opposition to Defendant's WELLS FARGO N.A.'S Opposition to Plaintiff's Motion to Strike. On or about June 09, 2022, honorable Judge James V. Selna denied Plaintiff Motion for Sanctions, dismisses Plaintiff Second Amended Complaint with prejudice and denies all relief requested by Plaintiff. On or about June 12, 2022, Plaintiff contacted the Defendant by email and stated that "We plan on filing a Motion to Reconsider Order or something in that type of form within 10 days, do you plan on filing an opposition for a response or reply. On or about June 13, 2022, the Defendant replied to Plaintiff email stating that "We believe the Court's decision was legally and factually correct and we will oppose any motion requesting reconsideration." On or about June 29, 2022, the honorable United States

District Court Central District of California has rejected Plaintiffs Motion to Alter or Amend Judgment for failure to comply with Central District Local Rule 6.1. On or about July 05, 2022, Plaintiff has contacted the Defendant by email and confirmed the Courts rejection and stated that Plaintiff will refile his motion with corrections on July 06, 2022. On or about July 06, 2022, Plaintiff filed his Memorandum of Points and Authorities in Support of Plaintiff 's Motion to Alter or Amend Judgment and Corrections Notice of Motion. On or about July 16, 2022, Plaintiff has contacted the Defendant by email and confirmed the Courts rejection again and stated that Plaintiff will refile his motion. On or about July 14, 2022, the honorable United States District Court Central District of California has sent out a Notice of Document Discrepancies and rejected Plaintiffs Motion to Alter or Amend Judgment again for failure to comply with Central District Local Rule 6.1.

STATEMENT OF FACTS

The Judgment dated and entered in the above-entitled action on June 09, 2022, should be amended by including in that Judgment as an additional party Defendant, D/B/A WELLS FARGO DEALER SERVICES, INC., to be fully bound by the judgment on due notice D/B/A WELLS FARGO DEALER SERVICES, INC., Defendant and a hearing. The address of said Defendant is 23 Pasteur Irvine CA 92618, in the Central District of California.

This Motion is made on the grounds that the above name corporation, although not name as, or formally joined as, a party defendant in this action, appeared and actively participated in the trial of the action, and is the real party in interest, whereas the defendant name in the judgment is a nominal party, and that D/B/A WELLS FARGO DEALER SERVICES, INC., Defendant ought

at law and in equity to be fully bound and obligated by the judgment rendered. This Motion is based on the records, papers, pleadings, and files in this action, including the transcripts of the trial, and on the affidavit of clerks of court office, served and filed with it. Please see **Russell v. Delco Remy Div. of General Motors Corp., 51 F.3d 746, 749 (7th Cir. 1995)**; Whereas the United States Court of Appeals, Seventh Circuit stated that "Milton Russell sued his employer, Delco Remy, alleging race-based employment discrimination. The district court dismissed his complaint considering his failure to file a charge of discrimination within Title VII's 180-day filing period. After the entry of judgment, Russell filed a motion requesting that the district court amend its ruling to take account of Title VII's 300-day filing limitation, ordinarily applicable to discrimination claims involving state agencies. The district court refused to reconsider its prior determination. It held that Russell's failure to file his motion within ten days of the entry of judgment converted that motion into a request for relief from judgment under Fed.R.Civ.P. 60(b). In view of Rule 60(b) standards for correcting errors of law, the district judge refused to examine the merits of Russell's request. We believe that the district court's refusal to reexamine its previous ruling was error. We therefore vacate and remand. See also **Meghani v. Shell Oil Co., 2000. U.S. Dis. LEXIS 17402 *2, (S.D. Tex. Aug. 24, 2000)**.

## CONCLUSION

For the foregoing reasons, Plaintiff ARELIOUS R. REED, respectfully move this Honorable United States District Court Central District of California for his Memorandum of Points and Authorities in Support of Plaintiff Motion to Alter or Amend Judgment pursuant to **Federal Rules of Civil Procedure Rule 59(e)** and/or **Federal Rules of Civil Procedure Rule 60** and

under **Central District of California Local Rules 7.18** to GRANTING his motion to reconsider ORDER OR JUDGMENT. Please see **Foster v. DeLuca, 545 F.3d 582, 584 (7th Cir. 2008);** Whereas Plaintiff Foster, filed suit against Anthony DeLuca, the mayor of the City of Chicago Heights, and the City itself. She alleged a violation of her First Amendment freedom of association rights under 42 U.S.C. § 1983 because her employment was terminated after DeLuca was elected. On October 22, 2004, the defendants filed a Rule 12(b)(6) motion to dismiss the complaint. On January 6, 2005, the district court granted the defendants' motion to dismiss and terminated the case on the same day. On January 14, 2005, Foster filed a motion to alter the district court's judgment under Federal Rules of Civil Procedure 59(e) and 60(b), a motion for leave to file an amended complaint, and an amended complaint. On January 27, 2005, the district court denied Foster's motion for leave to amend and motions to alter the judgment in a brief minute order. Foster appeals. The United States Court of Appeals, Seventh Circuit has stated that "Accordingly, we REVERSE the decision of the district court and REMAND this case for proceedings consistent with this opinion. Circuit Rule 36 shall apply. See Also **Weber v. Roadway Exp., Inc., 199 F.3d 270, 276 (5th Cir. 2000).**

CERTIFICATE OF SERVICE

I certify that on July 18, 2022, a true and correct copy of the Plaintiff's Motion to Alter or Amend Judgment filed with the Clerk of Court Office with Overnight Priority Mail Express and was served upon the Defendant's counsel, Jenny Yi (SBN 314540) by U.S. certified mail.

**MCGUIREWOODS LLP**
**Attorney Jenny Yi (SBN 314540)**
**Two Embarcadero Center Suite 1300**
**San Francisco, CA 94111-3821**
**Phone: (415) 844-9944**
**Email: jyi@mcguirewoods.com**

Respectfully submitted,

X A. Reed

**Plaintiff, ARELIOUS REED**
**1515 Fort Street Unit 96**
**Lincoln Park, MI 48146**
**(313) 530-5189**
**Email: reedarel@gmail.com**


UNITED STATES POSTAL SERVICE
PRIORITY MAIL EXPRESS
EI 401 815 997 US
CUSTOMER USE ONLY
FROM:
Arelious Reed
1515 Fort Street Unit 96
Lincoln Park, MI 48146
PAYMENT BY ACCOUNT (if applicable)
ORIGIN (POSTAL SERVICE USE ONLY)
48146
7-19-22
$26.95
7-18-22
1151
TJC
26.95
DELIVERY OPTIONS (Customer Use Only)
TO:
United States District Court
Atten: Clerk's Office 350 W.
1st Street 4th Floor Los Angeles,
California 90012
90012
DELIVERY (POSTAL SERVICE USE ONLY)
For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
$100.00 insurance included.
PEEL FROM THIS CORNER
USPS.COM/PICKUP
PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2
U.S. POSTAGE
PME 1-Day
LINCOLN PAF
48146
JUL 18, 22
AMOUNT
$26.
R2304M11570
AND INTERNATIONAL USE
AILING LABEL HERE
ry date.*
ry time.+
cluded.
upon request.
RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 25 2022
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.
MRW
UNITED POSTAL