## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**FILED**
CLERK, U.S. DISTRICT COURT
09/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

**ARELIOUS R. REED**

    **Plaintiff-Appellant,**

United States District Court Central District of California
Case No. 2:21- cv- 07545-JVS-MRW

**V.**

United States Court of Appeals for The Ninth Circuit
Case No.

**WELLS FARGO BANK, N.A.  D/B/A**

    **Defendant-Appellee's.**



## STATEMENT OF THE EVIDENCE

TO THE APPELLEE(S): Wells Fargo Bank, N.A.

The appellant hereby states that a statement of the evidence or proceedings, Appellate Rule 10(c) will be submitted to be included as part of the record on appeal.

TO THE UNITED STATES DISTRICT CLERK:

Immediately prepare and assemble the original papers and exhibits thereto filed in the United States District Court Central District of California and a certified copy of the docket and journal entries. As a statement of the evidence or proceedings (as above) will be included by the appellant(s) of error, do not transmit these documents to the clerk of the United States Court of Appeals for the Ninth Circuit of this State for file in case number in that court until the statement of the evidence or proceedings (as above) has been delivered to you by the undersigned. At that time, you will transmit the documents prepared and assembled by you and the statement of the evidence or proceedings delivered to you by the undersigned to the clerk of the United States Court of Appeals for the Ninth Circuit for file as the record on appeal. In the event that the undersigned does not furnish you with the statement of the evidence or proceedings (as above) within 14 days after the filing of the notice of appeal, or within the time for filing the record set forth in the accelerated calendar scheduling order, or within a proper extension thereof, as prescribed by the Appellate Rules or by the Local Appellate Rules, then upon such 14 day, or pursuant to scheduling order, or upon the last day of any proper extension of the time for transmission of the record, you shall transmit the documents prepared and assembled by you to the clerk of the United States Court of Appeals for the Ninth Circuit without such statement of the evidence or proceedings, for file as the record on appeal.

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Statement of the Evidence was served by Overnight Priority Mail Express with the United States District Court Clerk of the Court office for the Central District of California and was served upon the Defendant-Appellee's Wells Fargo Bank, N.A. counsel, Jenny Yi (SBN 314540) by emailed to jyi@mcguirewoods.com on September 2, 2022.

**MCGUIREWOODS LLP**
**Attorney Jenny Yi (SBN 314540)**
**Two Embarcadero Center Suite 1300**
**San Francisco, CA 94111-3821**
**Phone: (415) 844-9944**
**Email: jyi@mcguirewoods.com**

Respectfully submitted,

X _____

**Plaintiff-Appellant ARELIOUS REED**
1515 Fort Street Unit 96
Lincoln Park, MI 48146
(313) 530-5189
Email: reedarel@gmail.com