UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**ARELIOUS R. REED**

    **Plaintiff-Appellant,**

                              United States Court of Appeals
                                   for The Ninth Circuit
                                 Case No. 22-55837

                                     United States District Court
                                    Central District of California
                              Case No. 2:21- cv- 07545-JVS-MRW

**V.**

**WELLS FARGO BANK, N.A. DBA**

**Wells Fargo Dealer Services, Inc.,**

    **Defendant-Appellee's.**

NOW COMES, ARELIOUS REED Plaintiff-Appellant, by and though plaintiff-appellant to move this Honorable United States District Court Central District of California for his Motion for Limited Remand pursuant to Federal Rules of Civil Procedure Rule 62.1 and Federal Court Rules of Appellate Procedure Rule 12.1, in support thereof will show unto the court the Following matters and facts:

*/s/ A. Reed*

## MOTION FOR LIMITED REMAND

The party plaintiff-appellant move the Court, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, for a limited remand of this case to the United States District Court for the Central District of California for the purpose of conducting a fairness hearing regarding the party Motion to Alter or Amend Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Rule 60 of the Federal Rules of Civil Procedure. While on appeal, the parties participated in appeals process under Rule 31 of the United States Ninth Circuit Rules. Because new evidence, discovered after minutes argument, that plaintiff filed his motion in a timely matter under Federal Rules of Civil Procedure 5(d)(4) and under Federal Rules of Appellate Procedure Rule 25(a)(B)(4), and reveals that Defendants including in that Judgment as an additional party Defendant, D/B/A WELLS FARGO DEALER SERVICES, INC., to be fully bound by the judgment and new evidence further establishes also possible fraud by the defendant during the discovery process. Accordingly, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, the plaintiff-appellant request an indicative ruling that the Court will conduct a fairness hearing regarding such motions upon remand from the U.S. Ninth Circuit Court of Appeals. The plaintiff-appellant, therefore respectfully request that this Court enter the Order indicating that it will accept the limited remand from the United States Ninth Circuit Court of Appeals and proceed to conduct a hearing regarding the fairness, reasonableness, and adequacy of the District Court.

## CONCLUSION

For the forgoing reasons, Plaintiffs respectfully request that their motion be granted.

Wherefore, the plaintiff-appellant respectfully request that this Court grant a limited remand of this case to the District Court in order for it to proceed as set forth above. See Hutchison v. Parent, Case No. 3:12-cv-320 (N.D. Ohio Jun. 28, 2017).

Respectfully submitted,

X _____
Plaintiff-Appellant ARELIOUS REED
1515 Fort Street Unit 96
Lincoln Park, MI 48146
(313) 530-5189
Email: reedarel@gmail.com