# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**ARELIOUS R. REED**

**Plaintiff-Appellant,**

**United States Court of Appeals
for The Ninth Circuit**
**Case No. 22-55837**

**United States District Court
Central District of California**
**Case No. 2:21- cv- 07545-JVS-MRW**

**V.**

**WELLS FARGO BANK, N.A.  DBA**

**Wells Fargo Dealer Services, Inc.,**

**Defendant-Appellee's.**

A. Reed

## STATEMENT OF THE ISSUES

A plaintiff's obligation in response to a motion to dismiss is to provide the grounds for his entitlement to relief which requires more than labels and conclusions.

1. Did the U.S. District Court Erred When It Granted Judgment as a Matter of Law in Favor of Defendants, Wells Fargo Bank, N.A.?

2. Did the U.S. District Court Erred When The Judgment Dated And Entered Action On June 09, 2022, Should Be Amended By Including In That Judgment As An Additional Party Defendant, D/B/A Wells Fargo Dealer Services, Inc.?

3. Did the District Court Erred When It Did Not Filed Plaintiff Motion to Alter or Amend Judgment With The Court Of Clerk's Office In The U.S. District Court In A Timely Matter?

4. Did the Trial Court Have Subject Matter Jurisdiction over Plaintiffs' Claims?

5. Did Defendants Preserve For Appellate Review Their Arguments Regarding the U.S. District Court Judge's Rulings on Defendants' Motions and In Chambers Minutes Order?

## CERTIFICATE OF SERVICE

I certify that on September 24, 2022, a true and correct copy of the Plaintiff's-

Appellant Statement of the Issues was filed with the United States District Court

Clerk of the Court office for the Central District of California by the CM/ECF

system and was served upon the Defendant-Appellee's counsel, Jenny Yi (SBN

314540) by the same electronic case filing system by emailed to

jyi@mcguirewoods.com.

**MCGUIREWOODS LLP**
**Attorney Jenny Yi (SBN 314540)**
**Two Embarcadero Center Suite 1300**
**San Francisco, CA 94111-3821**
**Phone: (415) 844-9944**
**Email: jyi@mcguirewoods.com**

Respectfully submitted,

X  A. Reed

**Plaintiff-Appellant ARELIOUS REED**
**1515 Fort Street Unit 96**
**Lincoln Park, MI 48146**
**(313) 530-5189**
**Email: reedarel@gmail.com**