UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARELIOUS REED,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>WELLS FARGO BANK, N.A., DBA Wells Fargo Dealer Services, Inc.,<br><br>        Defendant-Appellee. | No.   22-55837<br><br>D.C. No.<br>2:21-cv-07545-JVS-MRW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion to remand to the district court to conduct discovery (Docket Entry Nos. 10 & 11) is denied.

The existing briefing schedule remains in effect.

at/MOATT